WILLIAM T. MAXWELL, as Bank Commissioner of the State of Arkansas, Respondent, *v.* JOHN F. THOMPSON et al., as Executors of ALBERT LANE, Deceased, et al., Appellants.

*Stocks and stockholders — constitutional law — validity of act of foreign state authorizing assessment upon stockholders of insolvent bank — liability of stockholders in this state to pay assessment.*

*Maxwell* v. *Thompson,* 195 App. Div. 616, affirmed.
(Argued January 18, 1922; decided February 3, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was brought to recover the amount of an assessment made by the plaintiff, being 100 per cent of the amount of certain shares held by the estate of Albert Lane in the Bank of Pine Bluff, Arkansas, an insolvent banking corporation. The assessment was made pursuant to act No. 113 of the general assembly of the state of Arkansas for the year 1913. The defendants defended upon the ground that the said act No. 113 was void and in violation of section 10 of article 1 and section 1 of article 14 of the Constitution of the United States and was void and in violation of sections 17, 18 and 21 of article 2 and section 6 of article 12 of the Constitution of the state of Arkansas and upon the further ground that defendants had no

knowledge of the passage of said act and did not assent or consent to the bank continuing in business after January 1, 1914, under said act and did not assent or consent to any extension of their liability as stockholders in said bank.

*J. F. Thompson* for appellants.
*Harris L. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: HOGAN, J.